PER CURIAM.

(No. 73-CC-458—

ESTEY CORPORATION, Claimant, *vs.* BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES, NORTHEASTERN ILLINOIS UNIVERSITY, Respondent.

*Opinion filed August 29, 1974.*

RICHARD C. BOLLOW, AND JENNER & BLOCK, Attorneys for Claimant.

DUNN, BRADY, GOEBEL, ULBRICH, HAYES & MOREL, Attorney for Respondent.

PERLIN, C. J.